**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

FRANKIE G. BURTON,            :   No. 265 WAL 2017

            Petitioner       :

                                       :   Petition for Allowance of Appeal from

                                       :   the Order of the Superior Court

             v.                   :

                                       :

INNOVATIVE DTV SOLUTIONS, INC.,   :

            Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.